General Complaint

**FILED**

JUN 19 2018

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

_Kenny Kenneth Elgarsh_

Case Number: 6:18CV284 RWS-JDL
~~6:17 CV 379~~

List the full name of each plaintiff in this action.

VS.

_Worthy Weaver Thompson_
_Jackie Weaver the Thompson's_
_et al Defendants_

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

       1. Employ Counsel
       2. Court - Appointed Counsel
       3. Lawyer Referral Service of the State Bar of Texas,
          P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

       _None_

C. Results of the conference with counsel:

*One Attorney Held my cases wait to close and was very very unethical and dishonest & misleading*

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____Yes _____No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: *2017*

2. Parties to previous lawsuit(s):
Plaintiff *Kenny Kennith Oliver, Patrick, Matthew Lane Pace*
Defendant *Tod, Patrick, Matthew Lane Pace, Crystal Flora abuses of his DR's staff*

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

*Eastern Dist of Tyler, TX*

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.
*Honorable Judge Sch*

6. Disposition: Was the case dismissed, appealed or still pending?

*I ask to dismiss but at the time to come again with more background.*

7. Approximate date of disposition. *2017*

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

    Pla #1 Benny Kenneth Alexander

    Pla #2

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

    Dft #1: Todd Patrick MD/PhD
Matthew Long PAC
Crystal Flores, nurses entire staff of Dr. Todd office

    Dft #2: Woody Weaver Pharmacy
Jackie Weaver — The Pharmacist main source.

    Dft #3 Tammy Wedking the main Nurses of STAFF con, carin sonads. CNA. staff member

Attach a separate sheet for additional parties.

I was lied on, lied about my medications, sign a sworn under oath all, about who knows I was taking Hydrocodone 10/325 mg. All of the Affiliated Clinic knew and all my other Dr's knew, I was legally taking this medication Hydrocodone for 30 years or more.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Dr Todd Patrick and his entire staff knew I was taking Hydrocodone 10/325 mg. And I told them all I was, The Hospital Records Show I Took Hydrocodone Pain Pills for many many years.

All the Defendants has and is still lying about my medication Hydrocodone and my 6-20-2016 Back Surgery.

And about me being in Smith County Jail almost 5 months Because of their lies. And the charges and case was Dismiss After Smith Dist Atty office and Judge Kennedy got my Hospital Records and it Shows I did disclose my prescriptions and all the the Dr Todd Patrick office, Staff nurses. Period.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I Kenny Kenneth Alexander Briefly and Kindly ask this Honorable Court to Hold accountable those individuals and to deem Necessary to compensate me – actually what I so deserve for their Bad faith action, lying and for my pain, suffering and mental anguish, unright after a Back Book Surgery to be placed in Smith County Jail, for something I was falsely accused of.

Signed this __19th__ day of __June__, 20__18__.
(Month) (Year)

_____

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _____
                    Date

_____
Signature of each plaintiff